## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00223 |
| | ) | Judge Trauger |
| [1] REGGIE K. JACKSON | ) | |

### O R D E R

It is hereby **ORDERED** that the revocation hearing scheduled for January 13, 2014 at 11:30 a.m. is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED**.

ENTER this 10th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge