UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 8/12/14 at 2:00 p.m.**
>
> */s/ Aleta A. Trauger*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-00223 |
| v. | ) | Judge Trauger |
| | ) | |
| REGGIE K. JACKSON | ) | |

### MOTION TO CONTINUE REVOCATION HEARING

Comes the defendant, by and through counsel, and hereby moves this Court to continue the revocation hearing currently set for July 31, 2014. In support of this motion, defendant would state and show that counsel for Mr. Jackson will be in a trial in this Court in the matter of U.S.A. v. Shaub from July 29 - August 8, 2014.

Assistant United States Attorney Brent Hannafan advises that he has no objection to the requested continuance.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Brent Hannafan, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.

This document has been served, via e-mail, on U.S. Probation Officer Amanda Russell, U.S. Probation Office, P.O. Box 515, Cookeville, Tennessee 38503.

*s/ Sumter L. Camp*
SUMTER L. CAMP