Motion is GRANTED. Revocation hearing RESET for 9/22/14 at 2:30 p.m.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-00223 |
| v. | ) | Judge Trauger |
| | ) | |
| REGGIE K. JACKSON | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Comes the defendant and hereby moves the Court to continue the revocation hearing currently set for August 12, 2014.

In support of this motion, defendant would state and show that the alleged violation in this case is based on a State arrest of Mr. Jackson. The case has been indicted and is pending in Circuit Court in Wilson County. That case has been continued to September 15, 2014. Defendant would ask that the revocation hearing be continued until after the state court setting.

Assistant United States Attorney Brent Hannafan advises that he has no objection to the requested continuance. Mr. Jackson's probation officer reports that he is otherwise in compliance with his conditions.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047