UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:07-00223 |
| v. | ) | Judge Trauger |
| | ) | |
| REGGIE K. JACKSON | ) | |

**Motion GRANTED. Hearing reset for 10/15/14 at 3:00 p.m.**

*[signature: Aleta A. Trauger]*

MOTION TO CONTINUE REVOCATION HEARING

Comes the defendant and hereby moves the Court to continue the revocation hearing currently set for September 22, 2014.

In support of this motion, defendant would state and show that Mr. Jackson's case in the Circuit Court in Wilson County is set for trial March 18 and 19, 2015, after Mr. Jackson refused an offer of settlement on the case. Defendant has discussed the matter with Assistant United States Attorney Brent Hannafan and U. S. Probation Officer Amanda Michele and the parties have no objection to continuing the revocation hearing until after the state court trial date. Ms. Michele is also out of town September 22 – 24th. In so requesting, the parties would point out to the Court that the termination date of Mr. Jackson's supervised release would normally be November 24, 2014.

Officer Michele reports that Mr. Jackson is otherwise in compliance with the conditions of his supervised release.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047