UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:07-00223 |
| | ) | Judge Trauger |
| | ) | |
| REGGIE K. JACKSON | ) | |

O R D E R

This matter came before the Court on the Petition for Warrant for Offender Under Supervision filed September 13, 2012, which is based on Mr. Jackson's arrest by State authorities in Wilson County. (D.E. 206.) It appearing to the Court that since that time Mr. Jackson has been in compliance with the conditions of his supervised release, that the State charges are now set for trial on March 18 and 19, 2015, that Mr. Jackson's term of supervised release would otherwise expire on November 24, 2014, and the agreement of the parties, it is hereby ORDERED that on November 24, 2014, if there have been no further violations of the conditions of supervised release by Mr. Jackson, the Petition at Docket Entry 206 will be dismissed and Mr. Jackson's term of supervised release shall expire.

Enter this the  20th day of October, 2014.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:


*s/ Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender